UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS ANDERSON,<br><br>               Plaintiff,<br><br>   v.<br><br>RALPH DIAZ, et al.,<br><br>               Defendants. | Case No.: 1:18-cv-01671-JLT (PC)<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |

Plaintiff has filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Because the pleading has not yet been served on any defendant and no appearances have yet been made, the dismissal does not require court order. Accordingly, the Court **ORDERS** that all pending motions (Docs. 3, 5, 6, 9) be terminated, and the Clerk of Court is directed to close this case pursuant to Plaintiff's notice.

IT IS SO ORDERED.

   Dated:   **June 13, 2019**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE